UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21305-CV-WILLIAMS

MATTHEW WISNIEWSKI, *et al.*,

    Plaintiffs,

v.

SUNSET ELEMENTARY SCHOOL, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Ellen D'Angelo's Report and Recommendation (DE 35) ("***Report***") on Defendants' Motion to Dismiss Plaintiffs' Complaint with Prejudice (DE 29) ("***Motion***"). In the Report, Judge D'Angelo recommends that the Motion be granted in part and denied in part. (DE 35 at 1.)

Specifically, the Report recommends that the Motion be denied insofar as it seeks to dismiss Count I (ADA Claim) and Count II (Section 504 Claim) of Plaintiffs' Complaint (DE 1) ("***Complaint***"). (*Id.* at 15.) The Report finds "Plaintiffs have offered sufficient allegations to state a claim for discrimination under the ADA and the Rehabilitation Act by asserting that Defendants failed to provide reasonable accommodations for J.W.," and "Plaintiffs adequately alleged facts to show deliberate indifference and claim compensatory damages" under both acts. (*Id.* at 13–14.) The Report recommends the Court grant the Motion's request to dismiss Count III (Retaliation Claim) of the Complaint because Plaintiffs failed to "sufficiently allege[] adverse actions by Defendants or that those adverse actions were causally related to the protected activity." (*Id.* at 17–18.) Finally, at the agreement of both Parties, the Report recommends that Defendant Sunset

Elementary School be dismissed from the action. (*Id.* at 7.)

No objections were filed to the Report, and the time to object has passed. Therefore, the Court reviewed the Report for clear error. Upon a careful review of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. Judge D'Angelo's Report (DE 35) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion to Dismiss (DE 29) is **GRANTED IN PART AND DENIED IN PART**.

3. Defendant Sunset Elementary School is **DISMISSED** from this case.

4. Count III of the Complaint (DE 1) is **DISMISSED.**

5. Defendant shall file an answer to the remaining Counts in the Complaint (DE 1) on or before **March 11, 2025**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 25th day of February, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE